# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

PGP, LLC

*Plaintiff(s)*

v.

Civil Action No. 3:17-cv-0954

TPII, LLC, BRYAN KEITH BURNS and HEIDI NEWFIELD

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bryan Keith Burns
TPII, LLC
33 Music Square West
Suite 102B
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brittany Adkins Schaffer, Esq.
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: JUN 2 0 2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PGP, LLC <br> *Plaintiff(s)* <br> v. <br> TPII, LLC, BRYAN KEITH BURNS and HEIDI NEWFIELD <br> *Defendant(s)* | Civil Action No. 3 17 0954 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TPII, LLC
33 Music Square West
Suite 102B
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brittany Adkins Schaffer, Esq.
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

JUN 2 0 2017

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PGP, LLC <br> *Plaintiff(s)* <br> v. <br> TPII, LLC, BRYAN KEITH BURNS and HEIDI NEWFIELD <br> *Defendant(s)* | Civil Action No. 3 17 0954 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

                Heidi Newfield
                TPII, LLC
                33 Music Square West
                Suite 102B
                Nashville, TN 37203

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Brittany Adkins Schaffer, Esq.
  Loeb & Loeb LLP
  35 Music Square East, Suite 310
  Nashville, TN 37203

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                               **KEITH THROCKMORTON**

                                                               *CLERK OF COURT*

Date: JUN 2 0 2017

                                                               *Signature of Clerk or Deputy Clerk*